| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Albert Russo, STANDING CHAPTER 13 TRUSTEE<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888 | Case No: 11-39835 MBK |
| In Re:<br>   **Regine S. Gauthier**<br><br>           Debtor(s) | Chapter 13<br><br>Hearing Date: 1/14/14<br><br>Judge: Michael B. Kaplan |

### STANDING CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR(S) MODIFIED PLAN

   The Standing Chapter 13 Trustee, Albert Russo, objects to the Debtor's Modified Plan for the following reasons:

1. The debtor is attempting to extend the loan modification period for the third time.

   WHEREFORE, the Standing Chapter 13 Trustee objects to Debtor(s) Modified Plan.

                              By:   /s/ *Albert Russo*
                                   Albert Russo by Erik Collazo